**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1915**

In re:  JHA'VAUGHN CLARK,

            Petitioner.

On Petition for Writ of Mandamus.  (3:19-cv-00014-GMG-RWT)

Submitted:  March 19, 2020                           Decided:  March 27, 2020

Before WILKINSON and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jha'Vaughn Clark, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jha'Vaughn Clark petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 (2018) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the magistrate judge recently took significant action on Clark's § 2241 petition. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*